IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. _____

| | |
|---|---|
| **HENRY CODE,** | (Formerly Osceola County Circuit Court Case No. 2023-CA-000135-OC) |
| Plaintiff, | |
| vs. | |
| **AMERICAN SECURITY INSURANCE COMPANY,** | |
| Defendant. | |
| _____/ | |

### DEFENDANT AMERICAN SECURITY INSURANCE COMPANY'S
### NOTICE OF REMOVAL

Defendant American Security Insurance Company ("American Security"), through its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1446 and 1332, hereby files this Notice of Removal and thereby removes to the United States District Court an action which is pending in the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida. The facts and legal authority supporting this Notice of Removal are as follows:

A. **BACKGROUND & CONDITIONS OF REMOVAL**

1. On January 18, 2023, Henry Code ("Plaintiff") filed this civil action against American Security in the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida. Plaintiff has asserted a cause of action against American Security for, among other things, alleged breach of contract. Plaintiff did not effectuate service of process on American Security until February 13, 2023.

2. Plaintiff alleges he is a resident of the State of Florida and that he owns the property located 26 South Flag Court, Kissimmee, Florida 34759 (the "Property"), which is the subject

matter of this lawsuit. *See* Compl. ¶ 3. Public Records obtained from the Osceola County Property Appraiser's Website reflects that Plaintiff has owned the Property since at least 1996 and has claimed a homestead exemption for the Property. *See* printout from Osceola County Property Appraiser Website attached hereto as **Exhibit A.** Accordingly, Plaintiff is a citizen of Florida for diversity jurisdiction purposes.

3. American Security is a Delaware corporation with its principal place of business located at 260 Interstate North Cir., SE, Atlanta, Georgia, 30339. *See* printout from Florida Department of State, Division of Corporations' website, a true and correct copy of which is attached hereto as **Exhibit B**; *see also Licari v. American Sec. Ins. Co.*, Case No. 8:12–cv–2853–T–33EAJ, 2013 WL 268688 (M.D. Fla. Jan. 24, 2013) (finding American Security's principal place of business as Georgia).

4. Venue is proper in the United States District Court for the Middle District of Florida because the case is being removed from the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida.

5. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of American Security's rights to assert any defenses or affirmative claims, including a counterclaim.

6. This Notice of Removal is being timely served and filed within the time allotted under 28 U.S.C. § 1446(b).

7. This action is not a non-removable action as described under 28 U.S.C. § 1445.

8. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings served as of this date is attached hereto as **Composite Exhibit C.**

9. In accordance with 28 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, American Security has served Plaintiff with a copy of this Notice of Removal and has filed a Notice of Filing of Notice of Removal with the Clerk of the Court for Osceola County, Florida. A copy of the Notice of Filing Notice of Removal (without attachments) is attached hereto as **Exhibit D.**

### B.   THE COMPLAINT

10. Plaintiff has sued American Security for damages allegedly caused to the Property as a result of a hurricane loss. *See* **Composite Exhibit C.**

11. Plaintiff submitted an estimate to American Security for the subject claim, which totals $84,506.60 (the "PA Estimate"). A true and correct copy of the PA Estimate is attached as **Exhibit E**; *see also Baltazar v. Balboa Ins. Co.*, No. 8:10-cv-2932-T-33MAP, 2011 WL 2020218, *2 (M.D. Fla. May 24, 2011) (Covington, J.) (amount in controversy met in insurance case where expert estimated costs to repair the property in excess of $75,000). Plaintiff additionally seeks to recover amounts for attorney's fees pursuant to Fla. Stat. § 627.428, costs, and prejudgment interest. The jurisdictional amount in controversy of $75,000 is therefore met.

### C.   LEGAL STANDARD

12. Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a state court of which the district court of the United States have original jurisdiction, may be removed by the defendants, to the district court of the United States….where such action is pending."

13. Pursuant to 28 U.S.C. § 1332, the district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—

**(1)** citizens of different States;

    **(2)** citizens of a State and citizens or subjects of a foreign state;

    **(3)** citizens of different States and in which citizens or subjects of a foreign state are additional parties; and

    **(4)** a foreign state, defined in section 1603 (a) of this title, as Plaintiff and citizens of a State or of different States.

14.    This Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff (who is a citizen of Florida) and Defendant (American Security is a citizen of both Georgia and Delaware), and the amount in controversy is in excess of $75,000.

### D.    CONCLUSION

15.    As complete diversity and the jurisdictional amount have been met, this action is removable pursuant to 28 U.S.C. § 1332.

**WHEREFORE**, Defendant American Security Insurance Company, respectfully requests that the aforesaid action now pending in the Circuit Court of the Ninth Judicial Circuit be removed to this Honorable Court.

Respectfully Submitted,

*/s/ Andrea M. Ramos*
**HOLLAND & KNIGHT LLP**
**Brandon J. Williams, Esq.** (Fla. Bar No. 121882)
(brandon.williams@hklaw.com)
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: 305.374.8500; Facsimile: 305.789.7799

**HOLLAND & KNIGHT LLP**
**Andrea M. Ramos, Esq.** (Fla. Bar No. 18866)
(andrea.ramos@hklaw.com)
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Tel: 954.525.1000; Fax: 954.463.2030

***Counsel for American Security Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was emailed on this 6th day of March, 2023 to Kenneth R. Duboff, Esq.

*s/ Andrea M. Ramos*
